```
  UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00804
   RAYMOND J SCHNOOR
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-8848


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

      1.  The case was filed on 01/18/07 and confirmed on 05/10/07.

      2.  The case was dismissed after confirmation, 09/16/2007.

      3.  The Debtor paid a total of $   4082.62 .

      4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------------
WELLS FARGO BANK          CURRENT MORTG        .00           .00           .00
WELLS FARGO BANK          MORTGAGE ARRE        .00           .00           .00
INTERNAL REVENUE SERVICE  SECURED            40.00           .00         40.00
WELLS FARGO FINANCIAL AC  SECURED VEHIC        .00           .00           .00
CAPITAL ONE FINANCIAL     UNSECURED      NOT FILED           .00           .00
COMED                     UNSECURED      NOT FILED           .00           .00
MERCHANT PROFESSIONAL CR  UNSECURED      NOT FILED           .00           .00
NICOR GAS                 UNSECURED         664.73           .00         37.78
FOLEY BELSAW IN           UNSECURED      NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        1176.61           .00         78.91
SALLIE MAE SERVICING COR  UNSECURED       10585.55           .00        554.92
SBC AMERITECH             UNSECURED      NOT FILED           .00           .00
INTERNAL REVENUE SERVICE  PRIORITY          365.19           .00        365.19
B LINE LLC                UNSECURED        1236.37           .00         61.65
INTERNAL REVENUE SERVICE  UNSECURED          11.31           .00           .39
ECAST SETTLEMENT CORPORA  UNSECURED       11970.32           .00        410.09
ILLINOIS DEPT REVENUE     PRIORITY          246.15           .00        246.15
         Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   40.00        611.34      25644.89         .00      26296.23
PRINCIPAL PAID       40.00        611.34       1143.74         .00       1795.08
INTEREST PAID          .00           .00           .00         .00            .00
TOTAL PAID           40.00        611.34       1143.74         .00       1795.08
The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   3000.00
and was paid $   1231.00  direct and $   1769.00  through the plan.

The Trustee received $     96.20 .

Refunds to the Debtor totaled $    422.34 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 07 B 00804 RAYMOND J SCHNOOR